IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **GREGORY SMYTH,** | ) | |
|     Petitioner, | ) | |
| | ) | Criminal Action No. 3:07-cr-00010 |
| v. | ) | |
| | ) | By:   Hon. Michael F. Urbanski |
| **UNITED STATES OF AMERICA,** | ) | United States District Judge |
|     Respondent. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, Gregory Smyth's oral motion to dismiss his habeas petition (Dkt. # 507) is **GRANTED**, Smyth's § 2255 petition (Dkt. # 393) is **DISMISSED**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is **DIRECTED** to send copies of this Order to counsel of record.

                    Entered:  August 29, 2011

                    /s/ Michael F. Urbanski

                    Michael F. Urbanski
                    United States District Judge